IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 12-cr-00043-RBJ | Date: | May 20, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Katrina Devine |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Barbara S. Skalla* |
| v. | |
| 1. ALEXANDRA WHITE<br>**Defendant(s)** | *R. Scott Reisch* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**    10:00 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**   [133] Objection to Presentence report is DENIED.

[150] Supplemental Motion for Below Advisory Guideline Sentence is GRANTED.

[141] Motion for a Downward Variance from Advisory Guidelines Range Sentence is DENIED.

[216] Government's Motion Regarding U.S.S.G. Section 3E1.1(b) is GRANTED.

Court states its findings and conclusions.

**ORDERED:** Defendant shall be **imprisoned** for **18 months** as to Count One of the Information.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years**.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) The defendant shall obtain employment approved by the supervising officer.
- (**X**) The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
- (**X**) The defendant shall not associate with any gang member or participate in gang activity.

Court RECOMMENDS that defendant receive credit for 48 days served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Florida, and that supervised release be supervised in Florida.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is ordered RELEASED and shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:**  10:55 a.m.        Hearing concluded.        Total time:    00:55